No. 254.   PARAMOUNT PUBLIX CORP. *v.* AMERICAN TRI-ERGON CORP.   November 5, 1934.   It is ordered that the petition for rehearing herein be, and the same is hereby, granted.   The order heretofore entered on October 8, 1934, [*post,* p. 587] denying the petition for writ of certiorari is vacated, and it is ordered that the petition for writ of certiorari in this case be, and the same is hereby, granted.

No. 255.   ALTOONA PUBLIX THEATRES, INC. *v.* AMERICAN TRI-ERGON CORP. ET AL.; and

No. 256.   WILMER & VINCENT CORP. ET AL. *v.* SAME.   November 5, 1934.   It is ordered that the petition for rehearing herein be, and the same is hereby, granted.   The order heretofore entered on October 8, 1934, [*post,* p. 587] denying the petition for writs of certiorari is vacated, and it is ordered that the petition for writs of certiorari in these cases be, and the same is hereby, granted.